### Carl KING, Plaintiff–Appellant,

v.

### Larry G. MASSANARI, Acting Commissioner of the Social Security Administration,* Defendant–Appellee.

No. 00–35512.

D.C. No. CV–99–00971–REJ.

United States Court of Appeals, Ninth Circuit.

Submitted May 11, 2001.**

Decided May 23, 2001.

Before GOODWIN, GREENBERG*** and RAWLINSON, Circuit Judges.

### MEMORANDUM ****

This court reviews *de novo* a district court's order upholding the Commissioner's denial of disability benefits. *Lewis v.*

---

* Larry G. Massanari, is substituted for his predecessor, as Acting Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** The Honorable Morton I. Greenberg, Senior Judge of the United States Court of Appeals for the Third Circuit, sitting by designation.

*Apfel,* 236 F.3d 503, 509 (9th Cir.2001). We must affirm the Commissioner's decision if it is supported by substantial evidence. *Holohan v. Massanari,* 246 F.3d 1195, 1201–02 (9th Cir.2001) (citation omitted).

King contends the ALJ erred by failing to order all relevant medical records and fully develop the record. He also argues that the ALJ erred by failing to find that the combination of his impairments was severe. Finally, King states the ALJ erred by finding him capable of performing medium work.

The record was adequately developed and the Commissioner's decision is supported by substantial evidence.

AFFIRMED.

---

\* Tommy G. Thompson is substituted for his predecessor, Donna E. Shalala, as Secretary of Health and Human Services. Fed. R.App. P. 43(c)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

